## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

**TONY GRAHAM**
**CHIEF PROBATION OFFICER**

P. O. BOX 8165
**SAVANNAH 31412**

PHONE:  912-650-4150
FAX:  912-650-4148

**AUGUSTA 30903**
**FEDERAL JUSTICE CENTER**
P. O. BOX 760
PHONE:  706-849-4450
FAX:  706-849-4449

**BRUNSWICK 31521**
P. O. BOX 878
PHONE:  912-280-1350
FAX:  912-280-1349



### SAVANNAH

# <u>MEMORANDUM</u>

DATE:        July 16, 2026

TO:          Christopher L. Ray
             United States Magistrate Judge
             Southern District of Georgia

FROM:        Heath Stubbs *HS*
             United States Probation Officer

RE:          Luis Mario Cortez
             4:25CR00139-1
             Savannah Division
             **<u>EARLY TERMINATION REQUEST</u>**

On January 6, 2026, Luis Mario Cortez appeared before the Court and was sentenced for the offense of DUI Less Safe. The Court sentenced the offender to 10 days custody, with credit for 1 day served, 9 days suspended, followed by a 1-year term of supervised release. As special conditions of supervision, the Court ordered Cortez to complete an alcohol abuse treatment program; submit to substance abuse testing; abstain from the use of alcohol; provide access to financial information; and not incur new credit charges or debt without approval. Additionally, the offender was ordered to comply with the instructions regarding payment of his financial penalties and complete 40 hours community service work as directed by the probation officer. Cortez has paid his fine and special assessment in full, completed community service work, remained negative on all drug screens, and complied with the conditions of supervision. A record check revealed no new record of arrests or convictions for the offender.

In light of Cortez's favorable adjustment to supervision and in the interest of judicial economy, it is respectfully recommended that Luis Mario Cortez's case be terminated early.  Should the Court concur with this recommendation, an order terminating supervised release is attached for the Court's signature.

Honorable Christopher L. Ray
RE:  Luis Mario Cortez
Early Termination Request
Page 2

As per Rule 32.1(c), the United States Attorney's Office has been contacted, and Special Assistant United States Attorney Robert E. Shaaf has been notified that early termination is being recommended and the probation office has been advised that the Government has no objections.

Enclosure

Reviewed by:


*Tim Williams*

Tim Williams
Supervisory United States Probation Officer

PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

            v.                              Crim. No.   4:25CR00139-1

       Luis Mario Cortez

On January 6, 2026, the above-named was placed on supervised release for a period of 1 year.  He has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that Luis Mario Cortez be discharged from supervision.

Respectfully submitted,

_____

Heath Stubbs
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of July, 2026.

_____

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia